# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Liberty Insurance Underwriters Inc.
                                    Plaintiff,

v.                                                      Case No.: 1:23–cv–02528
                                                        Honorable Steven C. Seeger

Columbia Mutual Insurance Co.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 27, 2023:

      MINUTE entry before the Honorable Young B. Kim: Parties' emailed joint request for an amendment to the schedule for exchanging settlement position statements (see R. 20) is granted. This court's order of June 22, 2023, is amended to the extent that Plaintiff is ordered to email its settlement position statement to Defendant by August 9, 2023, and Defendant to respond by August 16, 2023. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.