IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRAIRIE MANAGEMENT & DEVELOPMENT, INC., ROCKWELL PROPERTIES, LLC, SCOTTSDALE INSURANCE COMPANY, and WESTFIELD INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA INSURANCE GROUP, INC.,<br><br>Defendant. | Case No. 1:23-cv-00053 |
| LIBERTY INSURANCE UNDERWRITERS INC.<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA MUTUAL INSURANCE CO.,<br><br>Defendant. | Case No. 1:23-cv-02528 |

**AMENDED SCHEDULING ORDER UNDER RULE 16(b)**

Plaintiffs Prairie Management & Development, Inc., Rockwell Properties LLC, Scottsdale Insurance Company, Westfield Insurance Company, and Liberty Insurance Underwriters Inc., and Defendant, Columbia Mutual Insurance Company in the consolidated matters of 1:23-cv-00053 and 1:23-cv-02528, pursuant to Fed. R. Civ. P. 26(f)(2), Fed. R. Civ. P. 16(b), and L.R. 16.1, submit the following Amended Rule 16(b) Scheduling Order and request that the Court adopts the same:

| Event | Deadline |
|---|---|
| Mandatory Rule 26(f) Conference *or* Order by Court Exempting Parties from Requirements of Rule 26(f) | May 2, 2024 |
| Mandatory Rule 26(a) Initial Disclosures | May 2, 2024 |
| Defendant's Responses to Plaintiff's Outstanding Discovery | May 2, 2024 |
| Amendment of Pleadings and Joinder of Parties | October 4, 2024 |
| Completion of Fact Discovery | January 24, 2025 |
| Disclosure of Plaintiff's Expert Report(s) | February 28, 2025 |
| Deposition of Plaintiff's Expert | April 4, 2025 |
| Disclosure of Defendant's Expert Report(s) | May 2, 2025 |
| Deposition of Defendant's Expert | June 6, 2025 |
| Disclosure of Rebuttal Expert Report(s) | July 11, 2025 |
| Depositions of Rebuttal Expert(s) | August 1, 2025 |
| Completion of Expert Discovery | August 8, 2025 |
| Filing of Dispositive Motions | September 5, 2025 |

Date: October 16, 2024

_____

Steven C. Seeger
U.S. District Court

4